```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CIARA RENEE,

                Plaintiff,

-against-

SISTERS CLARKE LIMITED LIABILITY COMPANY, MAKE WAY BROADWAY LIMITED LIABILITY COMPANY, NATIONAL ARTISTS MANAGEMENT COMPANY, INC., ALECIA PARKER, P3 PRODUCTIONS a/k/a P THREE PRODUCTIONS and SAMUEL LOPEZ,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/18/2025__

25 Civ. 6714 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Plaintiff, Ciara Renee, brings this action invoking diversity subject matter jurisdiction under 28 U.S.C. § 1332(a).  *See* ECF No. 1 ¶ 9.  If Defendants Sisters Clarke, LLC, and Make Way Broadway, LLC, are limited liability companies, as their names imply and the complaint alleges, then the complaint must allege the citizenship of each of the natural persons, and the place of incorporation and principal place of business of any corporate entities, who are members of the limited liability company.  *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–52 (2d Cir. 2000); *see also Bayerische Landesbank, N.Y. Branch v. Aladdin Cap. Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012) ("[A] limited liability company . . . takes the citizenship of each of its members.").  Similarly, if Defendant P3 Productions is a general partnership as the complaint alleges, then the complaint must allege the citizenship of each of the natural persons, and the place of incorporation and principal place of business of any corporate entities, who are members of the partnership.  *Herrick Co., Inc. v. SCS Communications, Inc.*, 251 F.3d 315, 322 (2d Cir. 2001) ("[F]or purposes of establishing diversity, a partnership has the citizenship of each of its partners.")

      Accordingly, by **September 22, 2025**, Plaintiff shall amend its complaint to allege the citizenship of each of Defendant's members.  If Plaintiff fails to allege complete diversity, the complaint shall be dismissed for lack of subject matter jurisdiction.

      SO ORDERED.

Dated: August 18, 2025
       New York, New York

                                                             ANALISA TORRES
                                                        United States District Judge